45, 46-01 through -08

TO: CLERK OF THE COURT OF

CRIMINAL APPEALS

P O BOX 12308 CAPITAL STATION

AUSTIN, TEXAS 78711

12/23/2014

RE: FILING DATES / NUMBERS / OUTCOMES

OF C-3 0008220-0926958A-B-C-D-E-F-G-H

WR-65-469-01-02-03-04-05-06-07-08

DEAR CLERK,

PLEASE WOULD YOU GIVE ME THE DATES, NUMBERS, AND OUT-COMES OF THE ABOVE CITED AND REQUESTED CASES ?

THANK YOU KINDLY FOR YOUR TIME AND PATIENCE.

SINCERLY,

PAIGE LOUIS BENNER #1278531

2101 FM 369 Nth ALLRED UNIT

IOWA PARK, TEXAS

76367-6568

PS IF AT ALL POSSIBLE COULD I PLEASE GET THE ORDER THAT WAS ISSUED FOR 0926958H ?

P.S. IF AT ALL

cc:PERSONAL FILE

**RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk**